UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dennis M. Cavanaugh |
| v. | : | Crim. No. 08-728 (DMC) |
| GERALDINE MANUEL | : | <u>ORDER</u> |

This matter having been opened to the Court by the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Lorraine S. Gerson, Assistant U.S. Attorney, appearing), with notice to William D. Ware, Esq., counsel to defendant Geraldine Manuel, and for good cause shown:

IT IS on this 31st day of July, 2009,

Ordered that Pretrial Services, as custodian of the passport issued to Geraldine Manuel, shall, within 10 days of this Order, provide access to said passport to a representative of the United States, for the purpose of making a copy of said passport solely for use during the trial of the within captioned case.

_____
HON. DENNIS M. CAVANAUGH
United States District Judge