UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dennis M. Cavanaugh

v. : Crim. No. 08-728 (DMC)

GERALDINE MANUEL : <u>CONTINUANCE ORDER</u>

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lorraine S. Gerson and Lisa M. Colone, Assistant U.S. Attorneys, appearing), and Geraldine Manuel (William D. Ware, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that she has the right to have the matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance;

3.    Pursuant to Title 18, United States Code, Section 3161(h)8, the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 27 day of October, 2009,

IT IS ORDERED that this action be, and hereby is, continued as set forth below; and it is further

ORDERED that the period from and including December 1, 2009 through and including February 9, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8); and it is further

ORDERED that the calendar for this matter shall be revised as follows:

DEFENSE MOTIONS DUE:  November 23, 2009

UNITED STATES AFFIRMATIVE AND OPPOSITION MOTIONS DUE: December 7, 2009

DEFENSE OPPOSITION and DEFENSE REPLY MOTIONS DUE: December 21, 2009

MOTIONS HEARING DATE: January 25, 2010

TRIAL SET FOR: February 9, 2010

_____
HON. DENNIS M. CAVANAUGH
United States District Judge

_____
William D. Ware, Esq.
Counsel for Geraldine Manuel

-2-