NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GERALDINE MANUEL,<br><br>Defendant. | Hon. Dennis M. Cavanaugh<br><br>**ORDER**<br><br>Criminal Action No. 2:08-cr-00728 (DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having been heard by the Court on September 2, 2010 and the Court having heard argument from Lorraine Gerson, Assistant United States Attorney, William Ware and Peter Humblias, counsel for Geraldine Manuel, and Brian Keane, counsel for the contract purchasers,

IT IS on this 2nd day of September, 2010;

**ORDERED** that the lien recorded against property located at 515 Lafayette Ave, Westwood, New Jersey to secure judgment RG-061751-0000 in the amount of $100,000 is hereby released and discharged in its entirety, unequivocally against the above referenced property. The judgment still remains in full force and effect.

_____
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            File