NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES | : | **Hon. Dennis M. Cavanaugh** |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| GERALDINE MANUEL | : | Criminal Action 08-728 |
| Defendant | : | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon application by Ms. Geraldine Manuel. ("Defendant") to reconsider the restitution amount imposed as part of Ms. Manuel's criminal sentence pursuant to Fed. R. Crim. Pro. 35 and Fed. R. Crim. Pro. 36. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this _____ day of October, 2010;

**ORDERED** Defendant's application to reduce the amount of restitution to be paid as part of her criminal sentence is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:         All Counsel of Record
            File